## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-mj-07801-DUTY |
| Fernando Carmona | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for  _December 18_____, _2025_____, at _2_____ ☐a.m. / ☒p.m. before  the Honorable _Maria A. Audero_____, in Courtroom _880_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____
*(Other custodial officer)*

Dated: __12/17/2025_____          _____
                                                        Honorable Maria A. Audero, U.S. Magistrate Judge