LAW OFFICES OF HUMBERTO DIAZ
HUMBERTO DIAZ (No 157692)
(E-mail: JHDiazLaw@gmail.com)
714 West Olympic Blvd., Suite 610
Los Angeles, CA  90015
Telephone (213) 745-7477
Facsimile  (213) 745-7447

Attorneys for Defendant
FERNANDO CARMONA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN  DIVISION

| UNITED STATES OF AMERICA, | NO. CR-25-01032-MWF-14 |
|---|---|
| Plaintiff, | UNOPPOSED *EX-PARTE* APPLICATION TO SEVER DEFENDANT; DECLARATION OF COUNSEL |
| v. | |
| FERNANDO CARMONA, | |
| Defendant. | [PROPOSED ORDER FILED CONCURRENTLY] |

Defendant, FERNANDO CARMONA, through counsel, hereby applies *ex-parte* for an order to sever defendant Carmona from the other codefendants in this case. The Government does not oppose the present application.

Respectfully Submitted,

May 7, 2026                    By */s/ Humberto Diaz*
                                            HUMBERTO DIAZ

## SEVERANCE IS PROPER IN THIS CASE

## INTRODUCTION

The indictment in this case was filed on December 30, 2025.  Twenty defendants were charged, in a 94-page indictment with 59 counts.  *See* Indictment, CR 29.

The Indictment charges, among other things, counts under 18 U.S.C. § 1959(a)(3): Violent Crimes in Aid of Racketeering Activity; 18 U.S.C. § 1201(a)(1), (c): Conspiracy to Commit Kidnapping and Kidnapping; 21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances; 21 U.S.C. § 841(a)(1), (b)(1)(A), Distribution and Possession with Intent to Distribute Controlled Substances;  18 U.S.C. § 371: Conspiracy to Engage in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License.

The Indictment targets the Puente-13 gang.  The Government does not claim that Mr. Carmona is a member of the Puente-13 gang, but instead that Mr. Carmona is an associate of the gang.

Defendant Fernando Carmona is not charged in the VICAR, kidnapping or drug charges.  Mr. Carmona is only charged with conspiracy to deal and dealing in firearms without a license (Counts Six and Seven).  *Id.*  The Indictment alleged that victims were kidnapped and assaulted, but the Government does not claim that that Mr. Carmona was involved or participated in the assault or kidnapping of any of the alleged victims.

//

2

## SEVERANCE IS APPROPRIATE

Mr. Carmona is not charged with the most serious counts of the Indictment.  Additionally, he is not an alleged member of the Puente-13 gang.  From the defense point of view at this preliminary stage of the case, it does not appear that there is any overlap of evidence between the firearm dealing charged involving Mr. Carmona and the VICAR, kidnapping and drug counts related to other defendants.

This Court has the power to order severance of defendants even if the initial joinder under Rule 8(b) was proper,

> If the joinder of offenses or defendants in an indictment [ ], or a consolidation for trial appears to prejudice a defendant . . .

Fed.R.Crim.P. 14(a).

Defense counsel is of the opinion that a trial of Mr. Carmona together with his codefendants will unduly prejudice Mr. Carmona, as he is not charged with either the counts related to violence or drugs.  *See* attached Declaration of Counsel.

Respectfully Submitted,


May 7, 2026                          By  */s/ Humberto Diaz*
                                              HUMBERTO DIAZ

3

## DECLARATION OF COUNSEL

I, Humberto Diaz, hereby state and declare as follows:

1. I am the lawyer appointed to represent FERNANDO CARMONA in this case.

2. Trial in this case is presently scheduled for March 9, 2027.  The present request to sever Mr. Carmona from the other codefendants in this case.  I believe the requested severance is necessary in order to properly represent Mr. Carmona.

3. Mr. Carmona is not charged with the most serious counts in the present Indictment:  The VICAR count, the kidnapping charges and the drug charges.  Mr. Carmona is only charged with conspiracy to deal and dealing firearms without a license.

4. I believe that a trial of Mr. Carmona together with the other co-defendants will unduly prejudice Mr. Carmona.

5. Assistant United States Attorney Clifford Mpare has informed defense counsel that the Government does not oppose the present application to sever Mr. Carmona from the other codefendants.

6. I believe that the requested severance is necessary in order to provide effective assistance of counsel for Mr. Carmona and that the denial of this severance request will result in a miscarriage of justice.

//

4

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.


Executed on May 7, 2026 _____/s/_____
Humberto Diaz
Counsel for FERNANDO CARMONA

5